Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**FILED - GR**
July 17, 2024 11:41 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW / 7-17

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan
_____ Division

MICHAEL KRUSELL
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

ANGELA SNYDER
" C.M.H.
DR" vogel
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

1:24-cv-731
**Paul L. Maloney**
**United States District Judge**

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Angela Snyder   Probate Judge
Street Address:
City and County: Emmet
State and Zip Code: Michigan
Telephone Number:
E-mail Address:

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
    Name    "DR" vogel C.M.H. "psych"
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question           [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.   18 USC 2340A

18 USC 1506, 2071, 2073,   18 USC 241-242

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* ~~MICHAEL KRUSELL~~ , is a citizen of the State of *(name)* ~~NEBRASKA~~ .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* MICHAEL KRUSELL , is incorporated under the laws of the State of *(name)* MICHIGAN ,

    and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual   DR. Vogel Migrchan

    The defendant, *(name)* ANGELA SNYDER , is a citizen of the State of *(name)* MICHIGAN . Or is a citizen of

    *(foreign nation)* _____

b. If the defendant is a corporation
The defendant, (name) **DR. Merrit Vogel ANGELA SNYDER**, is incorporated under the laws of the State of (name) **Michigan**, and has its principal place of business in the State of (name) **Michigan**.
Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) **Michigan**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**Immeasurable damage. I have been surgically assaulted & Blinded, Tortured!**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

**See attached**

B. What date and approximate time did the events giving rise to your claim(s) occur?



C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

see Attached

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Blinded   Tortured

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.    see attached.

Vacate order for probate

Restrain Dr Fogel from Drugging me.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/14/24

UCC 1-308

Signature of Plaintiff: MICHAEL KRUSELL
Printed Name of Plaintiff: MICHAEL KRUSELL

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Michael-James:Krusell
2529-Atkins-Road
Petoskey,Michigan-state-in:United-States-Republic
Zip exempt 49770
231-340-2596
RuddyPiliMutliGemini@gmail.com

United States Federal Court
Western District
110 Michigan St. N.W.
GrandRapid,Michigan

Re: Criminal and Civil claim pursuant 18 USC 241-241; 18 USC 1506,2071,2073; and 18 USC 2340a.

Dear U.S Federal Court,

   I am writing to file a claim pursuant to the provisions of 18 USC 241-242; 18 USC 150,2071,2073; and 18 USC 2340a. The violations have occurred in connection with actions taken by "Judge" Valerie Snyder, of: Emmet County, MIchigan, Probate "Court".

I allege that Valerie Snyder has repeatedly issued unlawful orders that violate due process rights guaranteed under the U.S. Constitution. Thes violations include but are not limited to:
1) Failure to provide independent psychological evaluation.
2) Denial of Jury trials, and the right to present witnesses and evidence.
3) Issuance of "orders" in the absence of the Plaintiff from the courtroom, with falsification of public records to indicate presence.
4) False statements by "prosecutors" in statements of their petitions; Including fictitious claims of engagement in a standoff with law enforcement.
5) Labeling the plaintiff as special education and incompetent without proper basis or evaluation.
6) Ignoring motions for recusal, presence at hearings, and Jury trials.
7) Proceeding with hearings in absence of the plaintiff.
8) Reliance on "Dr" Blake who has never met, or evaluated the plaintiff.

These actions by "Judge" Snyder constitute violations of Due Process Rights, falsification of public records, deprivation of rights under the color of law, and Human Rights violations including Torture as defined under International Law.

Furthermore, the plaintiff has suffered physical harm, including surgical assault resulting in blindness and has been subjected to Gaslighting, Torture, and False medication orders.

In light of the egregious violations outlined above, I seek relief from this Honorable Court, including but not limited to:
   1) Setting aside orders issued without due process.
   2) Recusal of "Judge" Snyder from further involvement in this matter.

3) Granting motions for presence at hearings and Jury trials.
4) Compensation for damages suffered as a result of defendants actions.
5) Any other relief deemed just and proper by this Honorable court.

I hereby affirm that the statements made herein are true and correct to the best of my knowledge, information, and belief.

Thank you for your attention to this matter. I look forward to a prompt resolution.

Sincerely,
Michael-James:Krusell

*UCC 1-308*
*Michael-James: Krusell*

U.C.C. 1-308 Michael-James:Krusell
2529-Atkins-Road
Petoskey-Michigan-State-in-Republic-of-United-States
Zip Exempt

West Dist. Michigan Federal Court
110 Michigan St NW

~~Michigan Department of Civil Rights~~
~~3054 West Grand Boulevard, suite 3-600~~
~~Detroit, Michigan 48202~~

To whom it may concern,

This is a formal appeal for investigation. I have links to video evidence, Pictures, and Documents that clearly show rights being violated by agents hiding behind color of law 18 USC 241-242. Natural Rights are paramount to defend. These Natural rights are basic fundamental rights of all free people.

"Every man who values liberty of conscience for himself, should resist invasions of it in the case of others: or their case may, by change of circumstances, become his own" T. Jefferson

"Injustice Anywhere, is a threat to Justice Everywhere" MLK

Insurmountable evidence of McLaren Northern Michigan denying rights, and, assaulting: Michael Krusell
https://photos.google.com/search/_m8_Favorites/photo/AF1QipPqN8LgoAjaclSw4kfCiTe70Zs-eyZzIIYI704

University of Michigan, denying rights and then surgically assaulting me causing blindness.
https://photos.google.com/photo/AF1QipPn5fl_8cGHrFRswCfr9R5Nhl83v3ZPfvn_YDSA

Emmet co. admin. Denying the right to access courts.
https://photos.google.com/search/_m8_Favorites/photo/AF1QipNPACE8n0JB2uOdL-YsTXq9pjeVQ0BuvLCtFIMQ

Emmet county inc., mercenaries/not public servants, denying access to courts
https://photos.google.com/search/_m8_Favorites/photo/AF1QipN_ASdDtlqRpHaXfnXbygxidL8wCxubpFGR95fJ

Emmet county inc., clerk denying filings for lawsuit I was copying [saveusnow.org] and their winning legal process in Gateshead, Uk; I was talking to Dr. Mark Steele.
https://photos.google.com/search/_m8_Favorites/photo/AF1QipOl5jFMvOzdiWPopzn6TTciW7z6zjqWIWp0C8I9

Petoskey city inc., Mercenaries, blocking access to courts: 18 USC 241-242.
https://photos.google.com/search/_m8_Favorites/photo/AF1QipPSKNzL3dOqbiyQ7GC1NnZVt07jtXEM7TN6Hodk

Waterford,Michigan: "cops"/mercenaries violating rights.
https://photos.google.com/search/_m8_Favorites/photo/AF1QipPy13w1nx8ObqVKTBXRBcTMgJKkg4VolgceO3d-

"Cops" in Auburn Hills, Michigan: threaten Michael Krusell, at gunpoint, then write unlawful moving violation to mikes "dad"/Douglas Krusell, who was hours away in Petoskey, Michigan.
https://photos.google.com/search/_m8_Favorites/photo/AF1QipNQrKETbDF4ph6evtL4DDhriW3CP7UBmVhxI1WF
Proof of the moving violation from Auburn Hills, "cops".
https://photos.google.com/search/_m8_Favorites/photo/AF1QipMQT7PC5ea3bIoIxqvv9cCOvTr6K4MPsV33ed31

Document shows a Falsified public record, claiming Michael Krusell, is Homeless African American.
https://photos.google.com/search/_m8_Favorites/photo/AF1QipOidC1GnKPVjZcET0GUvajEY6d9KmGZEBMBl9hS

Document shows Emmet county inc., administration admitting to tampering with U.S. Mail.
https://photos.google.com/search/_m8_Favorites/photo/AF1QipO6BOTlgRxHBWtKifz1pMxtMu_Tt_5o5Q6VeCJd

Document of Motion to Emmet county inc., courts.
https://photos.google.com/search/_m8_Favorites/photo/AF1QipNF-hmYP_IHnMrlfjXQfn45E66qQmiQqv9Wh9Zl

I have had all my rights denied, and tortured according to the: International Law definition 18 USC 2340a. University of Michigan, gaslights and says I was never in their normal hospital, only the psych. Wing of hospital. My dad forced me to sign my name to 23&Me DNA test. I signed UCC 1-308 under duress: this is NOT a valid signature in any lawful courts. I have seen the results on Douglas Krusells' email account. The results confirmed that I have celiacs disease, and confirmed cousin Margie Krussell. Now the email is gone from Doug(dad)s' account, and 23&Me says they have no record of doing business with Douglas Krusell, or, Myself; no record of my DNA. There are public records from CMH claiming I'm delusional over belief that I'm blind in my eye. The "Prosecutors" have falsified public records claiming I engaged in a standoff with law enforcement.
The gaslighting is ironic since Petoskey is the "GASLIGHT DISTRICT"; Either way I'm lit and over the gaslighting!

Thanks in advance. I appreciate your time and concern regarding defending basic fundamentals of all Free, and Civil societies.



2529 Atkins Road
Petoskey - Michigan
   Repub. of U.S.

U.S. Fed. Court
110 Michigan St. N.W.
Grand Rapids, Mi
        49504

49503$2300 C040